FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICK DUNCAN,<br><br>    Petitioner,<br><br>    v.<br><br>K. DICKINSON,<br><br>    Respondent. | No. CV 08-376-CJC (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: February 15, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE